**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01119-CR
### No. 05-12-01120-CR

**ROBERT DESHON THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-61035-V and F09-61036-V**

## ORDER

Appellant's April 1, 2014 motion for discovery of grand jury transcripts is DENIED.


/s/     LANA MYERS
        JUSTICE